UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN, et al., <br><br>   Plaintiffs, <br><br>   vs. <br><br> VALLEY STATE PRISON, et al., <br><br>   Defendants. | Case No. 1:19-cv-01797-GSA-PC <br><br> New Case No. 1:19-cv-01797-DAD-GSA-PC <br><br> **NOTICE OF RELATED CASES AND ORDER ASSIGNING CASE TO DISTRICT JUDGE DALE A. DROZD** |

  Nathaniel Marcus Gann ("Plaintiff Gann") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Gann and fourteen co-plaintiffs filed the Complaint commencing this action on December 26, 2019, against Valley State Prison (VSP), et al., for subjecting them to adverse conditions of confinement in violation of the Eighth Amendment by serving substandard food in Kosher meals at VSP. (ECF No. 1.)

  On January 7, 2020, the court issued an order severing the co-plaintiffs' claims from Plaintiff Gann's claims and opening new cases for each of the co-plaintiffs. (ECF No. 10.) All of the new cases are related to this case under Local Rule 123 as all of the cases are based on the same underlying facts and involve overlapping questions of law and fact. By separate orders, each of the co-plaintiffs' cases shall be related to this case, and all of the cases shall be assigned

to District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin.  Accordingly, this case shall be assigned to the docket of District Judge Dale A. Drozd.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. The Clerk is directed to assign this case to the docket of District Judge Dale A. Drozd;

2. The new case number shall be:

    1:19-cv-01797-DAD-GSA-PC

    and all future pleadings and/or correspondence must be so numbered.  Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and notification to the judges assigned.

IT IS SO ORDERED.

Dated: __**March 4, 2020**__                    _____**/s/ Gary S. Austin**_____
                                            UNITED STATES MAGISTRATE JUDGE