UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL MARCUS GANN,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY STATE PRISON, et al.,<br><br>Defendants. | No. 1:19-cv-01797-DAD-GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CERTAIN CLAIMS AND DEFENDANTS<br><br>(Doc. No. 29) |

Plaintiff Nathaniel Marcus Gann is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 3, 2021, the court entered findings and recommendations, recommending that this action proceed only against defendants Warden Raythel Fisher, Jr., Dining Hall Officer Paez, and Culinary Staff Members Anguiano, Chapas, Lucero, Marquez, Cruz, and Moosebaur for violation of RLUIPA, violation of the First Amendment Free Exercise Clause, and adverse conditions of confinement in violation of the Eighth Amendment; against defendants Warden Raythel Fisher, Jr., and Moosebaur for failure to protect plaintiff in violation of the Eighth Amendment; and against defendant Moosebaur for retaliation in violation of the First Amendment; and that all other claims and defendants be dismissed from this action based on plaintiff's failure to state a

1

claim. (Doc. No. 29.) The findings and recommendations were served on plaintiff and provided notice that any objections must be filed within fourteen days. (*Id.*) No objections have been filed to date, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly,

1. This action now proceeds as follows:
    a. Against defendants Warden Raythel Fisher, Jr., Dining Hall Officer Paez, and Culinary Staff Members Anguiano, Chapas, Lucero, Marquez, Cruz, and Moosebaur for violation of RLUIPA, violation of the First Amendment Free Exercise Clause, and adverse conditions of confinement in violation of the Eighth Amendment;
    b. Against defendants Warden Raythel Fisher, Jr., and Moosebaur for failure to protect plaintiff in violation of the Eighth Amendment; and
    c. Against defendant Moosebaur for retaliation in violation of the First Amendment;
2. All remaining claims and defendants are dismissed from this action;
3. Plaintiff's claims for violation of equal protection, improper inmate appeals process, and conspiracy are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted;
4. Defendants CDCR, John Doe #1 (Headquarter Community Resource Manager), John Doe #2 (Associate Director of the Division of Adult Institutions), John Doe #3 (CDCR Departmental Food Administrator), J. Knight (Appeals Examiner), T. Thornton (Appeals Analyst, VSP), Timothy Anderson (inmate), John Doe #4 (inmate), Keene (Housing Unit Officer), Avila-Gonzalez (Correctional Officer), Sergeant Clements, Sergeant Santoya, C. Hernandez (Food Manager), Mohktar (Food Manager), and Hayman (Culinary Supervisor Cook II) are dismissed from this action based on plaintiff's failure to state any claims against them upon which relief may be granted;

and

5. This case is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **June 7, 2021**

_____
UNITED STATES DISTRICT JUDGE